Robert E. Thackston (CA SBN 255658)
rthackston@hptlaw.com
Julia A. Gowin (CA SBN 234995)
jgowin@hptylaw.com
Andrew S. Russell (CA SBN 271950)
arussell@hptylaw.com
J. Kyle Gaines (CA SBN 287536)
kgaines@hptylaw.com
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
445 South Figueroa Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 486-8000
Facsimile: (213) 486-8080
Email:    jgowin@hptylaw.com
          kgaines@hptylaw.com

Attorneys for Defendant,
JOHN CRANE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID MALEK, an individual; MARY MALEK, an individual,<br><br>Plaintiffs,<br>vs.<br><br>BLACKMER PUMP COMPANY, et al.<br><br>Defendants. | Case No. 2:15-cv-04454-SJO-JEM<br><br>Assigned for all purposes to the Honorable S. James Otero in Courtroom 1<br><br>**DECLARATION OF GEORGE SPRINGS IN SUPPORT OF DEFENDANT JOHN CRANE INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>*[Served concurrently with Notice of Motion and Motion; Declaration of J. Kyle Gaines; and Proposed Order]*<br><br>Complaint Filed:   May 7, 2015<br>Trial Date:        Not Set |

I, George Springs, hereby declare:

1. The following statements are within my personal knowledge and if sworn as a witness, I could and would testify competently thereto.

2. I began working for John Crane Inc. ("JCI") on October 3, 1977.

3. Throughout my career, I have been employed by JCI as a sales representative, branch manager, regional manager, vice president of sales, senior vice president responsible for sales and facilities, and assistant corporate secretary.

4. I have offered testimony concerning my knowledge of JCI, its history, its products, and the industry which it conducts its business.

5. JCI is a Delaware corporation. Its principal place of business is located in Illinois. Illinois is also where the majority of its high-level officers direct, control, and coordinate operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this _17_ day of June, 2015 in _Luling_, _Texas_.

_____
George Springs

# CERTIFICATE OF SERVICE

The undersigned counsel for Defendant John Crane Inc. hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record registered to receive a Notice of Electronic Filing for this case on this 18th day of June, 2015. To ensure service to the parties that have yet to appear in the federal court action, it was also served electronically through Lexis File & ServeXpress to all counsel of record in the state court action on this 18th day of June, 2015.

/s/ J. Kyle Gaines
J. Kyle Gaines

CERTIFICATE OF SERVICE

10624506v.1