Robert E. Thackston (CA SBN 255658)
*rthackston@hptylaw.com*
Edward R. Ulloa (CA SBN 177909)
*eulloa@hptylaw.com*
Julia A. Gowin (CA SBN 234995)
*jgowin@hptylaw.com*
J. Kyle Gaines (CA SBN 287536)
*kgaines@hptylaw.com*
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
445 South Figueroa Street, Suite 3200
Los Angeles, CA 90071
Telephone:  (213) 486-8000
Facsimile:   (213) 486-8080
Email:       *jgowin@hptylaw.com*
             *kgaines@hptylaw.com*

Attorneys for Defendant,
JOHN CRANE INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID MALEK, an individual; MARY MALEK, an individual,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>BLACKMER PUMP COMPANY, et al.<br><br>　　　　　　Defendants. | Case No. 2:15-cv-04454-SJO-JEM<br><br>Assigned for all purposes to the Honorable S. James Otero in Courtroom 1<br><br>**[PROPOSED] ORDER ON DEFENDANT JOHN CRANE INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>*[Filed concurrently with Notice of Motion and Motion; Declaration of J. Kyle Gaines; and Declaration of George Springs]*<br><br>Date:  July 20, 2015<br>Time:  10:00 a.m.<br>Courtroom:  1<br>Judge: Hon. S. James Otero<br><br>FAC Filed:        May 7, 2015<br>Trial Date:       Not Set |

Defendant John Crane Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure came on regularly for

1   hearing on July 20, 2015, in Courtroom 1 of the above-captioned court.  The Honorable

2   S. James Otero presiding.  Plaintiffs appeared through their counsel of record, Weitz &

3   Luxenberg, P.C. and John Crane Inc. was represented by its counsel of record, Hawkins

4   Parnell Thackston & Young LLP.

5        After full consideration of the papers submitted by the parties and oral argument

6   thereon, the Court orders as follows:

7        1.     John Crane Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is

8               GRANTED.

9        2.     Counsel for John Crane Inc. to give notice.

10        IT IS SO ORDERED.

11

12   DATED: _____, 2015

                                        _____

13                                           HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT JOHN CRANE INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1
2

## CERTIFICATE OF SERVICE

3
4
5
6
7
8
9

The undersigned counsel for Defendant John Crane Inc. hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record registered to receive a Notice of Electronic Filing for this case on this 18th day of June, 2015. To ensure service to the parties that have yet to appear in the federal court action, it was also served electronically through Lexis File & ServeXpress to all counsel of record in the state court action on this 18th day of June, 2015.

10
11
12

/s/ J. Kyle Gaines
J. Kyle Gaines

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

10624506v.1