| | |
|---|---|
| 1 | AMANDA PUSHINSKY (SBN 267950) |
| 2 | JONES DAY<br>555 South Flower Street |
| 3 | Fiftieth Floor<br>Los Angeles, CA 90071.2300 |
| 4 | Telephone:  213.489.3939<br>Facsimile:   213.243.2539 |
| 5 | apushinsky@jonesday.com |
| 6 | Attorneys for Defendant |
| 7 | **R. J. REYNOLDS TOBACCO COMPANY** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID MALEK, an individual;<br>MARY MALEK, an individual, | Case No.  2:15-cv-044540SJO-JEMx |
| Plaintiffs, | *Assigned to Honorable S. James Otero*<br>*Court Room 1* |
| vs. | |
| BLACKMER PUMP COMPANY, *et al.*, | **DEFENDANT R. J. REYNOLDS TOBACCO COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)** |
| Defendants. | |
| | Date:         July 20, 2015<br>Time:         10:00 a.m.<br>Courtroom:  1 |
| | Action Filed: May 7, 2015<br>First Amended Complaint Filed: May 20, 2015<br>Trial Date:  None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 20, 2015 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1, United States District Court, of the above-captioned court, located at 312 North Spring Street, Los Angeles, CA 90012, Defendant R. J. Reynolds Tobacco Company, individually and as successor-by-merger to RJR Corporation ("Reynolds")[1] will and hereby does move to dismiss the action against Reynolds for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

Pursuant to Rule 12(b)(2), Plaintiffs' claims for personal injury and loss of consortium should be dismissed because the Court lacks general and specific personal jurisdiction over Reynolds. As explained in the attached Memorandum of Points and Authorities, the Court lacks general jurisdiction over Reynolds because Reynolds is a North Carolina Corporation with its principal place of business in Winston-Salem, North Carolina. Tsipis Aff., ¶¶ 3-4. Accordingly, Reynolds is not "essentially at home" in California. *See Daimler AG v. Bauman*, 134 S.Ct. 746, 460 (2014); *Goodyear Dunlop Tires Operations, S.A. v. Brown*, 131 S.Ct. 2846 (2011). Further, the Court lacks specific jurisdiction over Reynolds because the alleged conduct occurred in Iran, not California.

---

[1] Reynolds is not the successor in interest to R.J. Reynolds Industries, Inc. Affidavit of Constantine E. Tsipis ("Tsipis Aff."), ¶5. Nor is Reynolds the successor by merger to American Independent Oil Company a/k/a Aminoil. Tsipis Aff., ¶6. Accordingly, Reynolds files this motion for itself, individually and as successor-by-merger to RJR Corporation, only.

Reynolds makes this motion following a good faith effort to meet and confer with opposing counsel in an attempt to comply with Central District of California Local Rule 7-3. It is based upon this Notice of Motion and Motion; the attached Memorandum of Points and Authorities; the Affidavit of Constantine E. Tsipis; the Declaration of Amanda Pushinsky; all papers and pleadings in the Court's file; any matter of which the Court may take judicial notice; and upon such oral argument and/or evidence, whether oral or documentary, as may be presented at the time of hearing.

Dated: June 26, 2015

Respectfully submitted,

JONES DAY

By: /s/ Amanda Pushinky
      Amanda Pushinsky

Attorneys for Defendant
R. J. REYNOLDS TOBACCO COMPANY