AMANDA PUSHINSKY (SBN 267950)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone:  213.489.3939
Facsimile:   213.243.2539
apushinsky@jonesday.com

Attorneys for Defendant
**R. J. REYNOLDS TOBACCO COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID MALEK, an individual;<br>MARY MALEK, an individual,<br><br>           Plaintiffs,<br><br>vs.<br><br>BLACKMER PUMP COMPANY, *et al*.,<br><br>           Defendants. | Case No.   2:15-cv-044540SJO-JEMx<br><br>*Assigned for all purposes to the Honorable S. James Otero in Courtroom 1*<br><br>**DECLARATION OF AMANDA PUSHINSKY IN SUPPORT OF DEFENDANT R. J. REYNOLDS TOBACCO COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date: July 20, 2015<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. S. James Otero<br><br>FAC Filed:   May 20, 2015<br>Trial Date:   Not Set |

NAI-1500411078v1

# DECLARATION OF AMANDA PUSHINSKY

I, AMANDA PUSHINSKY, under penalty of perjury and of my own personal knowledge, declare as follows:

1. I am an attorney licensed to practice before all courts in the State of California and the United States District Court for the Central District of California, and I am an associate at the law firm of Jones Day, counsel of record for Defendant R. J. Reynolds Tobacco Company, individually and as successor by merger to RJR Corporation ("Reynolds"),[1] in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On May 7, 2015, Plaintiffs Farid Malek and Mary Malek ("Plaintiffs") filed a civil action against a number of defendants, including Reynolds, entitled *Farid Malek, et al. v. Blackmer Pump Company, et al.*, Case No. BC580695, in the Superior Court of the State of California for the County of Los Angeles. Plaintiffs filed an Amended Complaint on May 20, 2015.

3. On June 22, 2015, Reynolds learned Defendants Chevron U.S.A. Inc. and Texaco Inc. had removed the case to this court.[2] Reynolds requested a one week extension

---

[1] Plaintiffs also attempted to sue Reynolds as successor in interest to R.J. Reynolds Industries, Inc. and as successor by merger to American Independent Oil Company a/k/a Aminoil. However, as set forth in the attached Declaration of Constantine E. Tsipis ("Tsipis Decl."), Reynolds is not the successor in interest to R.J. Reynolds Industries, Inc., nor is it the successor by merger to American Independent Oil Company a/k/a Aminoil. *See* Tsipis Decl., ¶¶ 5-6.

[2] The case was removed on June 11, 2015, but Reynolds was not served with a notice of removal.

NAI-1500411078v1

- 1 -

PUSHINSKY DECL ISO R.J. REYNOLDS
MOTION TO DISMISS

1  to respond to the Complaint, which this Court granted.

2      4.    Upon learning the case had been removed and after determining Reynolds would move to dismiss for lack of personal jurisdiction, I first e-mailed Plaintiffs' counsel, Benno Ashrafi from the law firm Weitz & Luxenberg, P.C., on June 23, 2015 to attempt to set up a telephonic meet and confer about Reynolds' intent to move to dismiss on the grounds of lack of personal jurisdiction. *See* 6/23/15 E-Mail from Amanda Pushinsky to Benno Ashrafi (attached as Exhibit A). Plaintiffs' counsel did not respond.

    5.    On June 24, 2015, I sent a follow-up e-mail to Plaintiffs' counsel requesting again to meet and confer before our deadline to respond to the Complaint. *See* 6/24/15 E-Mail from Amanda Pushinsky to Benno Ashrafi (attached as Exhibit B). Again, Plaintiffs' counsel did not respond.

    6.    On the morning of Thursday, June 25, 2015, I e-mailed Plaintiffs' counsel again, explaining in detail Reynolds' basis for seeking dismissal, and again attempting to schedule a meet and confer. *See* 6/25/15 E-Mail from Amanda Pushinsky to Benno Ashrafi (attached as Exhibit C).

    7.    As of 3:30pm today, June 26, 2015, Plaintiffs' counsel has not responded to any of my attempts to set up a meet and confer.

    8.    I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California this 26 day of June, 2015.

                            /s/ Amanda Pushinsky
                            Amanda Pushinsky

# EXHIBIT A

 **Malek - Meet and Confer Request**
Amanda Pushinsky   to: Ashrafi, Benno                           06/23/2015 02:19 PM
32353

Mr. Ashrafi,

I would like to request meet and confer regarding our intent to move to dismiss R.J. Reynolds Tobacco Company from this case. Please let me know at your earliest convenience when would be a good time to set up a call. I am available the rest of today, anytime tomorrow, and Thursday until 2 and after 3:30.

Reynolds' deadline to respond to Plaintiff's Amended Complaint is this Friday, so please let me know your availability as soon as possible.

Thanks.

Amanda Pushinsky
Associate
JONES DAY® - One Firm Worldwide℠
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Office +1.213.243.2353

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# EXHIBIT B



**Fw: Malek - Meet and Confer Request**
Amanda Pushinsky to: Ashrafi, Benno                                      06/24/2015 01:37 PM
32353

Mr. Ashrafi,

I am following up on the below request to meet and confer. Again, our response is due Friday, so if you could let me know your availability at your earliest convenience, I'd appreciate it. I'm available the rest of today, and tomorrow before two and after 3:30.

Thanks.

Amanda Pushinsky
Associate
JONES DAY® - One Firm Worldwide℠
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Office +1.213.243.2353


----- Forwarded by Amanda Pushinsky/JonesDay on 06/24/2015 01:35 PM -----

| | |
|---|---|
| From: | Amanda Pushinsky/JonesDay |
| To: | "Ashrafi, Benno" <BAshrafi@weitzlux.com>, |
| Date: | 06/23/2015 02:19 PM |
| Subject: | Malek - Meet and Confer Request |

Mr. Ashrafi,

I would like to request meet and confer regarding our intent to move to dismiss R.J. Reynolds Tobacco Company from this case. Please let me know at your earliest convenience when would be a good time to set up a call. I am available the rest of today, anytime tomorrow, and Thursday until 2 and after 3:30.

Reynolds' deadline to respond to Plaintiff's Amended Complaint is this Friday, so please let me know your availability as soon as possible.

Thanks.

Amanda Pushinsky
Associate
JONES DAY® - One Firm Worldwide℠
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Office +1.213.243.2353


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# EXHIBIT C

 **Malek - Meet and Confer Request**
Amanda Pushinsky    to: Ashrafi, Benno                                06/25/2015 11:24 AM
32353

Mr. Ashrafi,

I am following up again on my prior requests to meet and confer regarding R.J. Reynolds Tobacco Company's motion to dismiss in this case. I have not yet heard back regarding my requests from yesterday and Tuesday.

Reynolds is moving to dismiss based on lack of personal jurisdiction. It is your clients' burden to demonstrate that the Court has specific or general jurisdiction over Reynolds. Your clients cannot meet their burden as to specific jurisdiction, because none of the actions giving rise to their claims occurred in California. Your clients cannot meet their burden with respect to general jurisdiction, because Reynolds does not have "continuous and systematic contacts" with California. The Supreme Court recently limited what constitutes "continuous and systematic contacts" to a corporate defendant's "home," *i.e.*, where it is incorporated and/or has a principal place of business. *See Daimler AG v. Bauman*, 134 S.Ct. 746 (2014). Reynolds is not incorporated in California, nor does it have a principal place of business here. Thus, adjudicating Plaintiffs' claims against Reynolds in California would violate due process.

We intend to file the motion on Reynolds' deadline to respond to the Amended Complaint, June 26, 2015. I am available today until 2 pm and anytime after 3:30. Please let me know if there is a time to meet and confer that works for you.

Thanks.


Amanda Pushinsky
Associate
**JONES DAY® - One Firm Worldwide℠**
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Office +1.213.243.2353

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========