1  AMANDA PUSHINSKY (SBN 267950)
   JONES DAY
2  555 South Flower Street
   Fiftieth Floor
3  Los Angeles, CA 90071.2300
   Telephone:  213.489.3939
4  Facsimile:   213.243.2539
5  apushinsky@jonesday.com

6  Attorneys for Defendant
   **R. J. REYNOLDS TOBACCO COMPANY**
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| FARID MALEK, an individual;<br>MARY MALEK, an individual,<br><br>              Plaintiffs,<br><br>vs.<br><br>BLACKMER PUMP COMPANY, *et al.*,<br><br>              Defendants. | Case No.   2:15-cv-044540SJO-JEMx<br><br>*Assigned for all purposes to the Honorable S. James Otero in Courtroom 1*<br><br>**DECLARATION OF CONSTANTINE E. TSIPIS IN SUPPORT OF DEFENDANT R. J. REYNOLDS TOBACCO COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:  July 20, 2015<br>Time: 10:00 a.m.<br>Courtroom:  1<br>Judge: Hon. S. James Otero<br><br>FAC Filed:   May 20, 2015<br>Trial Date:   Not Set |

NAI-1500411448v1

DECL OF TSIPIS ISO DEFENDANT R.J. REYNOLDS' MOTION TO DISMISS

## DECLARATION OF CONSTANTINE E. TSIPIS

CONSTANTINE E. TSIPIS, being first duly sworn, deposes and says:

1. I am over the age of 21, under no disability, and am competent to testify to the matters contained in this Affidavit. I make this Affidavit on behalf of R. J. Reynolds Tobacco Company, individually and as successor by merger to RJR Corporation ("RJRT") in support of its Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and accompanying Memorandum of Points and Authorities in the above-captioned action.

2. I am the Assistant Secretary, Reynolds American Inc. ("RAI"). RAI is the ultimate parent company of RJRT. This Affidavit is based upon personal knowledge following my review of records, reports and other data compilations made and kept in the ordinary course of business of RJRT by persons with knowledge at RJRT, and if called upon to testify thereto, I could and would do so.

3. RJRT is a corporation organized under the laws of North Carolina.

4. RJRT's principal place of business is in Winston-Salem, North Carolina, which is where the majority of its corporate officers direct, control, and coordinate operations.

5. RJRT is not successor in interest to R.J. Reynolds Industries, Inc.

6. RJRT is not successor by merger to American Independent Oil Company a/k/a Aminoil.

7. RJRT has never been incorporated in California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Winston-Salem, North Carolina on this 25 day of June, 2015

_____
CONSTANTINE E. TSIPIS

Sworn to and subscribed before me this 25 day of June, 2015.

_____
Notary Public
My Commission Expires: 7-14-16

Jean O Sparks
Notary Public
Forsyth County, NC
My Commission Expires July 14, 2016

3