| | |
|---|---|
| 1 | AMANDA PUSHINSKY (SBN 267950) |
| 2 | JONES DAY<br>555 South Flower Street |
| 3 | Fiftieth Floor<br>Los Angeles, CA 90071.2300 |
| 4 | Telephone:  213.489.3939<br>Facsimile:   213.243.2539 |
| 5 | apushinsky@jonesday.com |
| 6 | Attorneys for Defendant<br>**R. J. REYNOLDS TOBACCO** |
| 7 | **COMPANY** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID MALEK, an individual;<br>MARY MALEK, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>BLACKMER PUMP COMPANY, *et al.*,<br><br>        Defendants. | Case No.  2:15-cv-044540SJO-JEMx<br><br>*Assigned for all purposes to the Honorable S. James Otero in Courtroom 1*<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT R. J. REYNOLDS TOBACCO COMPANY'S MOTION TO DISMISS**<br><br>Complaint Filed: May 7, 2015<br>FAC Filed:          May 20, 2015<br>Date Removed:  June 11, 2015<br>Trial Date:          Not Set |

NAI-1500411429v1

NOTICE OF INTERESTED PARTIES OF
DEFENDANT R. J. REYNOLDS

| | |
|---|---|
| 1 | Before this Court is Defendant R.J. Reynolds Tobacco Company's Motion to |
| 2 | Dismiss for Lack of Personal Jurisdiction Pursuant to Federal Rules of Civil Procedure |
| 3 | 12(B)(2) ("Motion") as to the Complaint filed by FARID MALEK, and MARY MALEK, |
| 4 | ("Plaintiffs").  After consideration of all of the papers filed in connection therewith, the |
| 5 | arguments of counsel, all other matters presented to the Court, and good cause appearing |
| 6 | therefore, |
| 7 | IT IS ORDERED THAT R.J. Reynolds Tobacco Company's Motion to Dismiss is |
| 8 | GRANTED. |

DATED:  ___June __, 2015

_____
Hon. S. James Otero